IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODRIGO RIVAS,

Plaintiff,

v.

TERMINIX INT'L COMPANY, et al.,

Defendants.

No. C-13-4962 MMC

**ORDER RE: CHAMBERS COPIES**

The Court is in receipt of a chambers copy of defendants' Motion to Dismiss or Stay Proceedings, to Compel Individual Arbitration, and to Strike Class, Collective, and Representative PAGA Allegations, filed November 15, 2013. The chambers copy is printed in double-sided format. To facilitate the Court's review of the instant matter, defendants are hereby DIRECTED to submit in single-sided format a chambers copy of the motion. See Civil L.R. 3-4(c) (setting forth the requirements for "papers presented for filing"); Civil L.R. 3-4(c)(2) (providing "text must appear on one side only").[1]

**IT IS SO ORDERED.**

Dated: November 26, 2013

MAXINE M. CHESNEY
United States District Judge

---

[1] It is not necessary for defendants to submit a binder with a filing of this size.