Larry W. Lee (State Bar No. 228175)
**DIVERSITY LAW GROUP, P.C.**
A Professional Corporation
550 S. Hope St., Suite 2655
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile
lwlee@diversitylaw.com

William L. Marder (State Bar No. 170131)
**POLARIS LAW GROUP**
501 San Benito St., Suite 200
Hollister, California 95023
(831) 531-4214
(831) 634-0333 facsimile
bill@polarislawgroup.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIGO RIVAS, as an individual, and on behalf of all others similarly situated, | ) Case No. 3:13-cv-04962-MMC |
| Plaintiff, | ) **ORDER GRANTING** |
| vs. | ) **PLAINTIFF'S REQUEST FOR DISMISSAL** ) **WITHOUT PREJUDICE;** |
| | ) DENYING AS MOOT DEFENDANTS' |
| TERMINIX INT'L COMPANY, A Delaware Corporation; ERNEST WALKER, an individual; and DOES 1 through 100, inclusive, | ) MOTION TO COMPEL ARBITRATION ) ) Judge: Hon. Maxine M. Chesney |
| Defendants. | ) |

1

1    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff

2  Rodrigo Rivas ("Plaintiff") hereby requests that the above-named Complaint, in its

3  entirety, be dismissed WITHOUT prejudice, and that the Court enter an Order of

4  dismissal based thereon.

5

6

7  Dated:  December 9, 2013          **DIVERSITY LAW GROUP, A**
                                     **PROFESSIONAL CORPORATION**
8

9                                    By: /s/ Larry W. Lee
10                                       Larry W. Lee
11                                       Attorneys for Plaintiff
                                         RODRIGO RIVAS
12
   IT IS SO ORDERED.
13
   IT IS FURTHER ORDERED that defendants' "Motion to Dismiss or Stay Proceedings, To
14  Compel Individual Arbitration, and to Strike Class, Collective and Representative PAGA
15  Allegations" is DENIED as moot. [1]

16

17  Dated:  December 11_____, 2013

18                                   The Honorable Maxine M. Chesney
19                                   United States District Judge

20

21

22  [1]
23    In the absence of the above-referenced dismissal, the Court would find it appropriate to
24    defer ruling on defendants' motion, pending the California Supreme Court's decision
      in Iskanian v. CLS Transportation of Los Angeles LLC, 147 Cal. Rptr. 3d 324 (Cal. 2012).
25

26

27

28

PLAINTIFF'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER