UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 09 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RODRIGO RIVAS, as an individual, and on behalf of all others similarly situated,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>TERMINIX INTERNATIONAL COMPANY, a Delaware corporation and ERNEST WALKER,<br><br>        Defendants - Appellants. | No. 13-17672<br><br>D.C. No. 3:13-cv-04962-MMC<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered December 21, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $16.00.

                                      FOR THE COURT:
                                      Molly C. Dwyer
                                      Clerk of Court

                                      Rebecca Lopez
                                      Deputy Clerk